The People of the State of New York, Respondent,
against
Tyrone Jackson, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (John Cataldo, J.H.O.), rendered October 28, 2015, after a nonjury trial, convicting him of public consumption of alcohol, and imposing sentence.




Per Curiam.
Judgment of conviction (John Cataldo, J.H.O.), rendered October 28, 2015, affirmed.
The accusatory instrument charging defendant with public consumption of alcohol (see Administrative Code of City of NY § 10-125[b]) was not jurisdictionally defective. Defendant's intent to consume alcohol in public can be readily inferred from the sworn police allegations that defendant was observed in front of a specified street address with an "open container that contained an alcoholic beverage," namely, a "24 [ounce] can of Steele Reserve beer" (see Administrative Code § 10-125[c]; People v Rivera, 53 Misc 3d 150[A], 2016 NY Slip Op 51671[U] [App Term, 1st Dept 2016], lv denied 28 NY3d 1188 [2017]; see also People v Basono, 122 AD3d 553 [2014], lv denied 25 NY3d 1069 [2015]). Likewise, the accusatory instrument, read as a whole, supported the inference that defendant was in a "public place" as that term is defined in the Code provision at issue (see Administrative Code of City of NY § 10-125[a][2]).
Defendant's challenge to the electronic recording of the proceeding below is unpreserved and no prejudice is apparent from the record (see People v Wanass, 55 Misc 3d 97 [2017], lv denied 29 NY3d 1088 [2017]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: December 20, 2017